No. 79, Misc. KINNER MOTORS, INC. *v.* BEAUMONT, U. S. DISTRICT JUDGE. January 28, 1946. The motion for leave to file a petition for a writ of mandamus is denied because application therefor is made to this Court rather than to the Circuit Court of Appeals. MR. JUSTICE RUT-

LEDGE took no part in the consideration or decision of this application. *Mr. Ford W. Harris* for petitioner.